# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SAENZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>J. A. LEDBETTER,<br><br>　　　　　Defendant. | CASE NO. 5:16-CV-0063-ODW (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the First Amended Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

DATED: June 16, 2017

　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE